UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AG GROWER SALES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:08-cv-0356-DFH-JMS ) |
| WILCHER PRODUCE CO. and DANNY L. WILCHER, | ) ) ) |
| Defendants. | ) ) |

ORDER DISSOLVING TEMPORARY RESTRAINING ORDER

Pursuant to the parties' settlement on the record in this action on March 24, 2008, this court's Temporary Restraining Order issued March 19, 2008 is hereby DISSOLVED, effective immediately. The Temporary Restraining Order of March 19, 2008 no longer imposes any restrictions of any kind on the corporate or personal bank accounts of Wilcher Produce Company and/or Danny L. Wilcher with Regions Bank or with any other financial institution.

So ordered.

Date: March 24, 2008

Time: 5:15 p.m.

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Mark A. Amendola
MARTYN AND ASSOCIATES
mamendola@martynlawfirm.com

Wilcher Produce Co.
1035 South Keystone Avenue
Indianapolis, Indiana  46203

Danny L. Wilcher, Sr.
1035 South Keystone Avenue
Indianapolis, Indiana  46203